IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA        *
                                *
vs.                             *        Case. No.: 97CR-87 (JAF)
                                *
JOSE MANUEL ORTEGA-GUERRA       *
**************************************

**ORDER**

Upon petition of MIRIAM FIGUEROA, U.S. PROBATION OFFICER of this Court, alleging that releasee, José Manuel Ortega-Guerra, has failed to comply with his conditions of supervised release, it is ORDERED that releasee appear before this Court on _____ 2006 at _____, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked. Thereupon, the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall toll the supervised release term and issue the corresponding summons to releasee José Manuel Ortega-Guerra, and provide defense counsel and counsel for the government with copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this      day of           2006.

_____
JOSE A. FUSTE, CHIEF
U.S. DISTRICT JUDGE

Case 3:97-cr-00087-JAF    Document 249    Filed 08/24/2006    Page 2 of 2