IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| vs. * | Case. No.: 97CR-87 (JAF) |
| * | |
| JOSE MANUEL ORTEGA-GUERRA * | |
| ************************************** | |

## ORDER

Upon petition of MIRIAM FIGUEROA, U.S. PROBATION OFFICER of this Court,

alleging that releasee, José Manuel Ortega-Guerra, has failed to comply with his conditions

of supervised release, it is ORDERED that releasee appear before this Court on

 September 18,  2006 at  1:30 P.M.,   for a hearing to show cause, if there be any,

why his supervised release on the above-entitled case should not be revoked. Thereupon, the

releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall toll the supervised release term and issue the corresponding summons

to  releasee  José Manuel Ortega-Guerra, and provide defense counsel and counsel for the

government with copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this  28th day of August,  2006.


S/ José A. Fusté         

JOSE A. FUSTE

Chief US District Judge