IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br><br>Plaintiff<br><br>v.<br><br>José Manuel Ortega-Guerra<br><br>Defendant(s) | CASE NO. CR.97-0087-06 (JAF) |

**ORDER**

Because the above named defendant has testified under oath or has otherwise satisfied this Court that

       (1)   is financially unable to employ counsel,

       (2)   does not wish to waive counsel,

and because the interest of justice so require, the Federal Public Defender is hereby appointed to represent the defendant in this case until the same is terminated or a substitute attorney is appointed.

       BY ORDER OF THE COURT, NUNC PRO TUNC _____

       At San Juan, Puerto Rico, on   September 15, 2006

       FRANCES RIOS DE MORAN
       Clerk of the Court

       By: s/Sarah V. Ramón
            Sarah V. Ramón, Deputy Clerk